IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Janice Levitt | * | |
| Plaintiff(s) | * | |
| vs. | * | Civil Action No.  1:25-cv-1084-JMC |
| Randy Wiley, et al. | * | |
| Defendant(s) | * | |
| | ****** | |

**MEMORANDUM OPINION AND ORDER**
**DENYING WITHOUT PREJUDICE ECF NO. 22**

This case involves a motor vehicle accident. Pending before the Court is Defendants' Motion to Strike Plaintiff's belated expert designation. (ECF No. 22). The Court has also reviewed Plaintiff's Opposition (ECF No. 23). The Court held an in-person status conference on August 27, 2025 which, in part, addressed some of the issues raised in Defendants' motion. The Court also learned at that conference that several of Plaintiff's purported medical witnesses, some of whom were included in Plaintiff's designation, have either only recently been deposed or will be deposed in the very near future. Discovery has been extended to accommodate that. The result of this is that the record before the Court regarding the nature and scope of the various witnesses' testimony is still in flux pending completion of those depositions, depriving the Court of necessary information to evaluate the potential prejudice that allowing or disallowing these witnesses to testify at trial could pose to both sides.

Based on all of the above, Defendants' Motion to Strike (ECF No. 22) is DENIED without prejudice to Defendants' ability to reframe those and related arguments in motion(s) to

exclude the trial testimony of some or all of these medical witnesses once there is further clarity from the depositions as to which of these witnesses Plaintiff intends to call at trial and the scope of such testimony. Any such motion(s) are due by November 30, 2025.

/s/
_____
J. Mark Coulson
United States Magistrate Judge
August 27, 2025